Patrick L. Rocco (PR-8621)
**FLEISCHMAN BONNER & ROCCO LLP**
447 Springfield Avenue, 2nd Floor
Summit, New Jersey 07901
(908) 516-2045
Email: procco@fbrllp.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Application of CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM for an Order pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Civil Action No. 3:19-cv-16458<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:  The Clerk of Court and all counsel of record:

PLEASE TAKE NOTICE that Patrick L. Rocco of Fleischman Bonner & Rocco LLP hereby withdraws as counsel for Applicant California State Teachers' Retirement System ("CalSTRS") and should be removed from the Court's service list with respect to this action. CalSTRS is represented in this action by N. Ari Weisbrot of The Law Office of N. Ari Weisbrot LLC, upon whom all future filings in this action should be served.

Dated: June 1, 2020

By:   /s/ Patrick L. Rocco
Patrick L. Rocco (PR-8621)
FLEISCHMAN BONNER & ROCCO LLP
447 Springfield Avenue, 2nd Floor
Summit, New Jersey 07901
(908) 516-2045
Email: procco@fbrllp.com