# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLICATION OF CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Civil Action No. 19-16458 (FLW) (DEA)<br><br>*Document electronically filed*<br><br>**[PROPOSED] STIPULATION AND CONSENT ORDER EXTENDING NNI'S TIME TO RESPOND TO CALSTRS'S OPPOSITION TO NNI'S APPEAL AND CALSTR'S CROSS-APPEAL AND MOOTING NNI's MOTION TO STRIKE** |

**WHEREAS**, on June 18, 2020, Novo Nordisk, Inc. ("NNI") filed an appeal of two orders issued by Magistrate Judge Arpert (ECF No. 27), with a return date of July 20, 2020;

**WHEREAS**, California State Teachers Retirement System's ("CalSTRS") opposition to that appeal (and any cross-appeal) was due to be filed by July 6, 2020;

**WHEREAS**, CalSTRS filed its opposition to NNI's appeal and its cross-appeal of Judge Arpert's Stay Order on July 7, 2020 (ECF No. 29);

**WHEREAS**, on July 8, 2020, NNI filed a motion to strike CalSTRS's opposition to NNI's appeal and CalSTRS's cross-appeal as untimely or, in the alternative, for additional time to respond (ECF No. 30) (the "Motion to Strike");

**WHEREAS**, on July 9, 2020, counsel for CalSTRS contacted counsel for NNI and: (i) represented that counsel for CalSTRS was unable to file its opposition and cross-appeal on time due to a power outage resulting from a thunderstorm at counsel's home in Milford, New Jersey, and for other reasons; (ii) represented that Counsel for CalSTRS was unable to contact counsel for NNI to seek consent for the late filing because counsel's cell phone ran out of power; and (iii) consented to an extension of time to July

27, 2020 for NNI to file its reply in further support of its appeal and its opposition to CalSTRS's cross-appeal on the condition that NNI's Motion to Strike would be mooted;

**WHEREAS**, based on the representations of counsel for CalSTRS, NNI agrees to the mooting of its Motion to Strike on the condition that NNI's time to reply in further support of its appeal and to oppose CalSTRS's cross-appeal be extended to July 27, 2020;

**WHEREAS**, this is the first extension requested in connection with this motion, and for other good cause shown;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED THAT**:

1. The parties stipulate that CalSTRS's July 7, 2020 filing is timely and that NNI's Motion to Strike is Moot.

2. The deadline for NNI's reply in further support of its appeal and its opposition to CalSTRS's cross-appeal is extended to **July 27, 2020**.

3. The return date for NNI's appeal and CalSTRS's cross-appeal shall be **August 3, 2020**.

**STIPULATED AND AGREED TO BY:**

| **GIBBONS P.C.** | **WEISBROT LAW LLC** |
|---|---|
| By: s/_____<br>Michael R. Griffinger<br>Samuel I. Portnoy<br>Charlotte Howells<br>Genna A. Conti<br>One Gateway Center Newark<br>Newark, New Jersey 07102-5310<br><br>*Attorneys for Respondent*<br>*Novo Nordisk, Inc.* | By:   s/_____<br>Nathaniel Ari Weisbrot<br>1099 Allessandrini Avenue<br>New Milford, New Jersey 07646<br>201-788-6146<br>E-mail:  aweisbrot@weisbrotlaw.com |

2840878.1 107916-101603

|  | BLA SCHWARTZ PC<br>Irwin B. Schwartz (admitted *pro hac vice*)<br>Nicholas Cassie (admitted *pro hac vice*)<br>One University Avenue, Suite 302(b)<br>Westwood, Massachusetts  02090<br>781-636-5000<br><br>*Attorneys for Applicant California State Teachers' Retirement System* |
|---|---|

**IT IS SO ORDERED** this _____ day of _____, 2020.

_____
The Honorable Freda L. Wolfson
United States District Judge

3