Michael R. Griffinger, Esq.
Samuel I. Portnoy, Esq.
Charlotte Howells, Esq.
Genna A. Conti, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

*Attorneys for Novo Nordisk, Inc.*

| | |
|---|---|
| IN RE: APPLICATION OF CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Civil Action No. 19-16458 (FLW) (DEA)<br><br>*Document electronically filed*<br><br>**CERTIFICATE OF SERVICE** |

I, **MICHAEL R. GRIFFINGER, ESQ**., hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a Director with the law firm of Gibbons P.C., counsel for Novo Nordisk, Inc. ("NNI") in the above-captioned matter.

2. On October 16, 2020, the following documents were electronically filed with the Clerk of the Court and served via ECF upon all counsel of record:

    a. Brief in Opposition to Motion to Compel by Order to Show Cause;

    b. Supplemental Declaration of Henriette Gernaa; and

    c. this Certificate of Service.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2020
Newark, New Jersey

        s/ Michael R. Griffinger
Michael R. Griffinger, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

*Attorneys for Novo Nordisk, Inc.*