

October 16, 2020

<u>Via: ECF</u>

Hon. Douglas E. Arpert, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re*:*   *In Re: Application of California State Teachers' Retirement System*
             <u>Docket No. 19-cv-16458 (FLW)(DEA)</u>

Dear Judge Arpert:

      As the Court is aware, we represent applicant California State Teachers' Retirement Statement ("CalSTRS") in connection with the above Action. While we do not intend to add to an already clear record, we <u>do</u> believe a brief clarification of the knowing misrepresentations by the Respondents is in order. (Remember, their entire goal here is to avoid discovery.) The lead argument in their opposition is misleading in that it argues that CalSTRS should have sought relief by Order to Show Cause immediately after the Danish court denied the motion to stay the Danish proceedings dated September 1, 2020 and issued a scheduling order dated September 4, 2020. In fact, CalSTRS did not learn of the Danish court's decision on the motion to stay until September 15, 2020. It sought translated copies of the Danish court orders, which it received on **<u>October 6, 2020,</u>** and filed its papers in support of the Order to Show Cause **<u>the next day</u>**. If that is all they have, which it no seems clear, it is obvious that they have no good-faith argument against the disclosure that has been **<u>twice</u>** ordered by this Court.

      .

                                         Respectfully,

                                         LAW OFFICE OF N. ARI WEISBROT LLC

                                         By: _____
                                                Nathaniel Ari Weisbrot

cc:     All Counsel of Record (Via ECF)