UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM, | : : : : | Civil Action No. 19-16458 (FLW) (DEA) |
| Petitioner, | : : | |
| v. | : : | **ORDER** |
| NOVO NORDISK, INC., | : : : | |
| Respondent. | : : : | |

**THIS MATTER** having been opened to the Court by Michael Griffinger, Esq., counsel for Respondent Novo Nordisk, Inc. ("Novo US"), on an appeal of the Magistrate Judge's Orders, dated September 20, 2019 and May 13, 2020, granting Petitioner California State Teachers Retirement System's ("CalSTRS") *ex parte* application for leave to obtain discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782, and denying Novo US's Motion for Reconsideration or, alternatively, to quash the subpoena pursuant to Fed. R. Civ. P. 45(d)(3); it appearing that CalSTRS, through its counsel, N. Ari Weisbrot, Esq., opposes the appeal and has filed a cross-appeal of the Magistrate Judge's June 22, 2020 Order staying enforcement of the September 20, 2019 Order pending appeal; the Court having reviewed the parties' submissions in connection with the appeal, for the reasons set forth in the Opinion also filed on this date, and for good cause shown,

**IT IS** on the 29th day of October, 2020,

**ORDERED** that Novo US's appeal of the Magistrate Judge's Orders dated September 20, 2019 and May 13, 2020 is **DENIED**; and it is further

**ORDERED** that CalSTRS's cross-appeal of the Magistrate Judge's Order dated June 22, 2020 is **DENIED** as moot; and it is further

**ORDERED** that the Magistrate Judge's Orders granting CalSTRS's *ex parte* application for leave to obtain discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782 and denying Novo US's Motion for Reconsideration or, alternatively, to quash the subpoena are **AFFIRMED**; and it is further

**ORDERED** that Novo US is directed to comply with the Subpoena without delay, in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge