**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: APPLICATION OF CALIFORNIA STATE TEACHER'S RETIREMENT SYSTEM FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Civil Action No. 19-16458 (FLW)(DEA)  **ORDER** |

This matter comes before the Court on a motion by Petitioner California State Teacher's Retirement System for entry of an Order to Show Cause as to "why an emergent order compelling discovery should not issue in this matter." ECF No. 56. The Court finds it unnecessary to engage the parties in further briefing by way of an Order to Show Cause. The undersigned and Chief Judge Freda L. Wolfson, U.S.D.J., have both ruled that Respondent Novo Nordisk, Inc. ("Novo US") must produce the disputed discovery. *See* ECF No. 13 ("Novo Nordisk, Inc. shall comply with the subpoena…"); ECF No. 20 ("Novo Nordisk, Inc. [m]ust comply with the Subpoena…"); and ECF No. 43 ("Novo US is directed to comply with the Subpoena without delay").

Most recently, on November 12, 2020, Chief Judge Wolfson denied a motion by Novo US to stay this action pending appeal of the Court's October 29, 2020 Order and directed Novo US to comply with the subpoena "without delay". ECF No. 53. The parties each have had ample opportunity to be heard, and the Court requires neither further briefing on the question nor any party to show cause as to why such an Order should not issue.  Novo US has previously been directed to respond to the subpoena and produce the discovery. To date it has not complied.  Given the Court's earlier rulings, and the Court having conferred with Judge Wolfson, the Court

concludes that the only Order necessary at the present time is one that sets a clear and definitive deadline for Novo US's compliance with the subpoena and this Court's Orders. Accordingly,

**IT IS** on this 19th day of November 2020,

**ORDERED** that Respondent Novo US must produce all materials responsive to the subpoena to Petitioner no later than 12:00PM noon on Tuesday, November 24, 2020; and it is further

**ORDERED** that Clerk is to terminate the motion at ECF No. 56 as moot.

>    s/ *Douglas E. Arpert*
>    **DOUGLAS E. ARPERT**
>    **UNITED STATES MAGISTRATE JUDGE**