UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3246

In re: California State Teachers Reti

(U.S. District Court No.: 3-19-cv-16458)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 16, 2021
CJG/cc:   Michael R. Griffinger, Esq.
          Samuel I. Portnoy, Esq.
          Mr. William T. Walsh,
          N. Ari Weisbrot, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate